UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF PRIVOCEAN SHIPPING LTD. AND BARIBA CORP., AS OWNERS AND MANAGING OWNERS OF THE M/V PRIVOCEAN PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO: <br><br> SECTION: <br><br> JUDGE: <br><br> MAGISTRATE: |

## LIST OF SUITS FILED

Limitation Petitioners, Privocean Shipping Ltd. and Bariba Corp., as owners and managing owners, respectively, of the M/V PRIVOCEAN, are aware of only the following suits pending as a result of the incident occasioned during the evening of April 6, 2015, when the M/V PRIVOCEAN broke away from the Convent Bulk Terminal and collided with the M/T BRAVO moored at Ergon St. James Wharf facility at Mississippi River Mile 160.7 AHP, and the T/B TEXAS, all as is more fully set forth in the Complaint:

| | |
|---|---|
| *Bravo Shipping Ltd. v. M/V PRIVOCEAN, et al.* | United States District Court <br> Eastern District of Louisiana <br> Civil Action No. 15-1137 |
| *Ergon-St. James, Inc. v. M/V PRIVOCEAN, et al.* | United States District Court <br> Eastern District of Louisiana <br> Civil Action No. 15-1121 |
| *Crescent Towing & Salvage Co., Inc.  v. M/V PRIVOCEAN, et al.* | United States District Court <br> Eastern District of Louisiana <br> Civil Action No. 15-1121 |

1

Respectfully submitted,

**PHELPS DUNBAR LLP**


__/s/ Gary A. Hemphill_____
Gary A. Hemphill, T.A. (#6768)
Michael M. Butterworth (#21265)
Meredith W. Blanque (#32346)
Adam N. Davis (#35740)
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
gary.hemphill@phelps.com
michael.butterworth@phelps.com
blanquem@phelps.com
adam.davis@phelps.com
**ATTORNEYS FOR PETITIONERS,
PRIVOCEAN SHIPPING LTD., AND
BARIBA CORP.**

2